# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT COLLIER JR.,** | ) |
| Plaintiff, | ) ) ) |
| v. | **CIVIL ACTION NO.** <br> **2:15-CV-01006-MHH** |
| **HARLAND CLARKE CORP.,** | ) ) ) |
| Defendant. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## HARLAND CLARKE CORP'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Harland Clarke Corp. ("Harland Clarke" or 'Defendant"), and offers this evidentiary submission supporting summary judgment, which consists of admissible portions of the following:

| | |
|---|---|
| EXHIBIT 1 | Deposition of Robert Collier with Exhibits[1] |
| EXHIBIT 2 | Deposition of Sonia Ellison with Exhibits |
| EXHIBIT 3 | Deposition of Steve Moyer with Exhibits[2] |
| EXHIBIT 4 | Deposition of Patty Flanders with Exhibits |
| EXHIBIT 5 | Deposition of Arlene Gaitan with Exhibits[3] |

---

[1] Collier Exhibits 10, 11, 39-55, 57, 62 are filed under seal.

[2] Moyer Exhibits 30 and 33 are filed under seal

[3] Gaitan Exhibits 59, 68-69, 71-72 are filed under seal.

30914298 v1

EXHIBIT 6  Deposition of Tom Jones with Exhibits[4]

EXHIBIT 7  Declaration of Steve Moyer with Attachments

EXHIBIT 8  Declaration of Johnna Massie with Attachments[5]

EXHIBIT 9  Declaration of Greg Gould

Harland Clarke offers these documents together with admissible portions of pleadings on file with the Court.

Respectfully Submitted,

*s/ Michael L. Lucas*
Michael L. Lucas (LUC004)
Amy Jordan Wilkes (JOR041)
H. Carlton Hilson (HIL072)

Attorneys for Defendant
HARLAND CLARKE CORP.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

[4] Jones Exhibits 75-82 are filed under seal.

[5] Massie Attachments A, B and C are filed under seal.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email 15th day of December, 2017:

Alicia K. Haynes
Charles Guerrier
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama  35226

*s/ Michael L. Lucas*
OF COUNSEL
